

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 13, 2024

Michelle A. Annese
Partner
d +1.212.969.3457
f 212.969.2900
mannese@proskauer.com
www.proskauer.com

*By Email*

Christine N. Knight
28 Pony Court
Smyrna, DE 19977

Re: <u>*Knight v. MTA-New York City Transit*, Case No. 24-2796</u>

Dear Ms. Knight:

As you know, we represent Defendant-Appellee MTA-New York City Transit in connection with the above-referenced appeal. This letter will confirm that Steven D. Hurd and I consent to communication by email. Our email addresses are:

- shurd@proskauer.com; and
- mannese@proskauer.com.

This letter also confirms that you consent to Mr. Hurd and I communicating with you via email and that your email address is 4yomind@gmail.com.

Very truly yours,

/s/ Michelle A. Annese

Michelle A. Annese

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_Knight_

v.

_MTA - New York City Transit_

**CERTIFICATE OF SERVICE***

Docket Number: 24-2796

I, _Christine N Knight_, hereby certify under penalty of perjury that
(print name)

on _____, I served a copy of
(date)

_Letter Consent for Email Communication_
(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ✓ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Michelle A. Annese | 11 Time Sq | NY | NY | 10036-8299 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_Nov 16, 2024_
Today's Date

_[signature]_
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

__Knight__

v.

__MTA - New York City Transit__

**CERTIFICATE OF SERVICE***

Docket Number: __24 2796__

I, __Hastine N. Knight__, hereby certify under penalty of perjury that
(print name)

on _____, I served a copy of _____
(date)

__Letter Consent for Email Communication__
(list all documents)

by (select all applicable)**

___ Personal Delivery      ___ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ✓ E-Mail (on consent)

on the following parties:

| Steven D Hurd | 11 Time Sq | NY | NY | 10036 8299 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__Nov 16, 2024__                                   __[signature]__
Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)

D. Wight
28 Polly Drummond
Smyrna, DE 19977

Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

CLERK'S OFFICE